From: Charles Bunton
Allred Unit #1143771
2101 FM 369 North
Iowa Park, TX 76367

60,852-08

April 22, 2015

To: Clerk,
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

Dear Clerk:

My conviction was wrongly affirmed by the 3rd C.O.A. on May 13, 2004. I have not been afforded the opportunity to access this Court's 9 Judges so that I can obtain the relief I am entitled to in cause 9024242-G, which is WR-60,852-08. My prior Mandamus WR-60,852-07 was not addressed and was clipped by this Court by it's ruling on a repealed requirement to file motion for leave to file mandamus. An injustice continuously exists in my case and has existed since the 12/04/2002 wrongful conviction was obtained in this case. This Court has the power, on its on motion to right this wrong.

Sincerely,
Charles Bunton — wrongfully convicted